Joseph Verlinden, Appellee, v. Crafton Turner, J. Lee, Trading as Lee Auto Repairs, and Howard Clemons, Defendants. Howard Clemons, Appellant.

Gen. No. 46,014.

Westbrooks & Holman, Claude W. B. Holman, Evelyn F. Johnson, William P. Rhetta, Jr., Charles E. Bledsoe, Eddie C. Johnson, Muriel O. Farmer, and Glenn T. Johnson, for appellant; Claude W. B. Holman, and Evelyn F. Johnson, of counsel; no appearance for appellee. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.